UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:99-CR-179-T-27MSS

AARON BENJAMIN WALTON

_____/

## ORDER REVOKING SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 10th day of July, 2006, on a Petition to Revoke Supervised Release. The Defendant, AARON BENJAMIN WALTER, appeared with Counsel, Alec Hall, AFPD; and Walter Furr, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised. Based on the defendant's admission, the Court finds that said defendant has violated the terms of the Order of Supervised Release entered on November 22, 1999.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **AARON BENJAMIN WALTON**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **FOUR (4) MONTHS**. The Court recommends the defendant be confined in a camp facility closest to Tampa.

3. The defendant shall then be on Supervised Release for a term of **THREE (3) YEARS**. The defendant shall comply with all standard conditions of supervised release.

4. The defendant shall be placed in a Community Corrections Center for a term of **SIX (6) MONTHS**, in a facility other than in Tampa.

5. The defendant shall complete the Life Skills Drug Counseling Program.

DONE AND ORDERED at Tampa, Florida this 12th day of July, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation